IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SETH GRULY,

    Petitioner

v.

CAROL HOLINKA

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-262-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of the respondent denying the petition for a writ habeas corpus for petitioner's failure to show that he is in custody in violation of the Constitution or the laws of the United States and dismissing this case.

_____       7/22/10
Peter Oppeneer, Clerk of Court      Date